**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

**CASE NO. 21-14026-CR-CANNON**

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**MICHAEL BARNETT**,

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce Reinhart Following Change of Plea Hearing [ECF No. 27]. On October 8, 2021, Magistrate Judge Reinhart held a Change of Plea hearing during which Defendant pled guilty to Count Two of the Indictment [ECF No. 1] pursuant to a written plea agreement and factual proffer statement [ECF Nos. 21, 22]. Magistrate Judge Reinhart thereafter issued a Report and Recommendation on Change of Plea [ECF No. 27]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 27] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Michael Barnett as to Count Two of the Indictment is **ACCEPTED**;

3. Defendant Michael Barnett is adjudicated guilty of Count Two of the Indictment, which charges Defendant with distribution of five (5) grams or more of methamphetamine, in

CASE NO. 21-14026-CR-CANNON

violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii). In exchange for the Defendant's guilty plea, the United States Attorney's Office agrees to dismiss Count One against the defendant at sentencing [ECF No. 21 (plea agreement)].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 2nd day of November 2021.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record